DLD-048
# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **22-1716**

RALPH BIRDSONG, Appellant

VS.

SECRETARY PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL.

(E.D. Pa. Civ. No. 2-11-cv-04240)

Present:     JORDAN, SHWARTZ, and SCIRICA, Circuit Judges

    Submitted are:

(1)   Appellant's motion to file an overlong certificate of appealability

(2)   Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1)

in the above-captioned case.

Respectfully,

Clerk

_____ORDER_____

Appellant's motion to file an overlong application for a certificate of appealability is granted, but his application for a certificate of appealability is denied. We may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Birdsong challenges the District Court's denial of two of his claims. Jurists of reason would not debate the District Court's decision. See Caplin & Drysdale, Chartered v. United States, 491 U.S.

617, 632 (1989); <u>Strickland v. Washington</u>, 466 U.S. 668, 687-96 (1984); <u>Vickers v. Superintendent Graterford SCI</u>, 858 F.3d 841, 857 (3d Cir. 2017).

                By the Court,

                s/ Kent A. Jordan
                Circuit Judge

Dated: December 13, 2022
CJG/cc:    Anastassia Baldrige, Esq.
             Timothy P. Kane, Esq.
             Ronald Eisenberg, Esq.
             Matthew Stiegler, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate