IN THE EASTERN DISTRICT OF PENNSYLVANIA
FOR THE UNITED STATES DISTRICT COURT

November 14, 2023

| | | |
|---|---|---|
| TO: | FIRST JUDICIAL DISTRICT OF PA | **(BOX 1 OF 2)** |
| | OFFICE OF JUDICIAL RECORDS | UPS 1Z 31A 92A 21 1000 312 7 |
| | 1301 Filbert Street | |
| | Suite 310B, Criminal Justice Center | |
| | Philadelphia, PA 19107 | |
| RE: | STATE COURT RECORDS | |
| | Birdsong | |
| | **EDPA Civil Action No.   11-4240** | |
| | **Phila. CCP No. CP-51-CR-0005036-2012** | |

To the Clerk:

    The above-captioned has now been disposed of, and we are returning the State Court Records that was ordered to this Court by the Honorable Magistrate Judge Heffley.

                                        Barbara Crossley
                                        Deputy Clerk to the Hon. Jeffrey L. Schmehl

_____

**Please sign and return this letter to ECF_Documents@paed.uscourts.gov as a receipt for the return of the State Court Record.**

SIGNATURE:        _____

DATE:              _____

IN THE EASTERN DISTRICT OF PENNSYLVANIA
FOR THE UNITED STATES DISTRICT COURT

November 14, 2023

TO:   FIRST JUDICIAL DISTRICT OF PA        **(BOX 2 OF 2)**
      OFFICE OF JUDICIAL RECORDS            UPS 1Z 31A 92A 21 1000 314 5
      1301 Filbert Street
      Suite 310B, Criminal Justice Center
      Philadelphia, PA 19107

RE:   STATE COURT RECORDS
      Birdsong
      **EDPA Civil Action No.   11-4240**
      **Phila. CCP No. CP-51-CR-0005036-2012**

To the Clerk:

The above-captioned has now been disposed of, and we are returning the State Court Records that was ordered to this Court by the Honorable Magistrate Judge Heffley.

Barbara Crossley
Deputy Clerk to the Hon. Jeffrey L. Schmehl

_____

**Please sign and return this letter to ECF_Documents@paed.uscourts.gov as a receipt for the return of the State Court Record.**

SIGNATURE:   _____

DATE:        _____